**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

       v.                      Case No. 23-cr-0060-01-SE-TSM

<u>Dale G. Stewart, Jr.</u>

<u>ORDER</u>

The assented-to motion to continue trial (doc. no. 30) filed by the defendant is granted. Final Pretrial Conference is rescheduled to May 6, 2024, at 3:00 PM. Trial is continued to the two-week period beginning May 21, 2024, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the defendant and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the assented-to motion.

SO ORDERED.

                                              By the Court,

                                              /s/ SD Elliott
                                              _____
                                              Samantha D. Elliott
                                              United States District Judge

Date: January 2, 2024

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record