UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
***************************
*                         *
*  United States of America *
*                         *   No. 1:23-cr-00060-SE-TSM
*         v.              *
*                         *
*       Dale Stewart      *
*                         *
***************************
```

## WAIVER OF SPEEDY TRIAL

*NOW COMES* the defendant, Dale Stewart, by and through counsel, Mark L. Sisti, Esq., and hereby requests that this Honorable Court Accepts this Waiver of Speedy Trial regarding the above-captioned matter.

The following is stated in support of this Waiver:

1. I, Dale Stewart, am the defendant in the above-captioned matter.

2. I am aware that an Assented to Motion to Continue for Ninety (90) Days has been filed.

3. My counsel, Mark L. Sisti, Esq., has discussed the need for this Continuance.

4. I am knowingly, intelligently, and voluntarily waiving my right to a speedy trial to the extent necessary for the Continuance.

Dated: 12/31/23

Dated: 1-5-24

_____
Dale Stewart

_____
Mark L. Sisti, Esq.
NH Bar No.: 2357
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
(603) 224-4220
info@sistilawoffices.com